No. 94–1264. DUFRESNE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 94–1276. ALLSTATE INSURANCE CO. *v.* LUFTHANSA GERMAN AIRLINES. Ct. App. Mich. Certiorari denied.

No. 94–1296. KELCH *v.* HARDISON, WARDEN, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 94–1297. LONGO, MAYOR OF THE CITY OF GARFIELD HEIGHTS, ET AL. *v.* ZILICH; and
No. 94–1313. ZILICH *v.* LONGO, MAYOR OF THE CITY OF GARFIELD HEIGHTS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1298. PROPST ET AL. *v.* BITZER ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1307. SHONG-CHING TONG *v.* FIRST INTERSTATE SERVICES CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1311. CALIFORNIA ET AL. *v.* TAHOE SIERRA PRESERVATION COUNCIL ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1318. IN RE HURLEY. Sup. Jud. Ct. Mass. Certiorari denied.

No. 94–1319. LESLIE *v.* RANEY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–1321. HARLEY-DAVIDSON, INC. *v.* MINSTAR, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1326. CENTER FOR AUTO SAFETY INC. *v.* ATHEY, SECRETARY OF STATE OF MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 94–1327. BRAYTON *v.* CITY OF NEW BRIGHTON. Ct. App. Minn. Certiorari denied.

No. 94–1331. COLT INDUSTRIES OPERATING CORPORATION INFORMAL PLAN FOR PLANT SHUTDOWN BENEFITS FOR SALARIED EMPLOYEES *v.* HENGLEIN ET AL. C. A. 3d Cir. Certiorari denied.